Plaintiffs, Willie Sharpe, Jr., and Darnette Sharpe, appeal from a summary judgment granted in favor of the defendants, Crook Realty Company and Robert L. Crook, in this action to recover damages for fraud and breach of contract.
Summary judgment on the fraud count is affirmed on the authority of Torres v. State Farm Fire Cas. Co.,438 So.2d 757 (Ala. 1983). Summary judgment on the breach of contract count is affirmed on the authority of Sexton v.Liberty Nat'l Life Ins. Co., 405 So.2d 18 (Ala. 1981) (merger doctrine).
AFFIRMED.
MADDOX, ALMON, BEATTY and STEAGALL, JJ., concur.